Homer HARRIS, et al.

v.

LOUISIANA MEDICAL MUTUAL INSURANCE COMPANY, et al.

NO. 2016-C-1161

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th

Judicial District Court Div. A, No. 616507; to the Court of Appeal, First Circuit, No. 2015 CA 1584.

Denied.